CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:07-cv-06019-DMC-MF

MORRIS v. DAVOL INC. et al
Assigned to: Judge Dennis M. Cavanaugh
Referred to: Magistrate Judge Mark Falk
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/18/2007
Date Terminated: 03/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**DOUGLAS R. MORRIS**

represented by **MELANIE H. MUHLSTOCK**
PARKER, WAICHMAN & ALONSO, LLP
111 GREAT NECK ROAD
1ST FLOOR
GREAT NECK, NY 11201-5402
(516) 466-6500
Email: mmuhlstock@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2007 | 1 | COMPLAINT against DAVOL INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 1784178.) JURY DEMAND, filed by DOUGLAS R. MORRIS. (Attachments: # 1 Summons Davol# 2 Summons CR Bard# 3 Civil Cover Sheet)(ld, ) (Entered: 12/19/2007) |
| 12/19/2007 | 2 | Summons Issued as to DAVOL INC., C.R. BARD, INC..Days Due - 20. (SUMMONS MAILED TO COUNSEL) (ld, ) (Entered: 12/19/2007) |
| 03/14/2008 | 3 | MDL ORDER transferring action to the District of Rhode Island. Signed by Judge No Judge Assigned on 03/12/2008. (nr, ) (Entered: 03/14/2008) |

| | | |
|---|---|---|
| 03/14/2008 | 4 | Letter transferring action to the District of Rhode Island (nr, ) (Entered: 03/14/2008) |
| 03/14/2008 | | ***Civil Case Terminated. (nr, ) (Entered: 03/14/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/14/2008 15:41:45 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-06019-DMC-MF Start date: 1/1/1970 End date: 3/14/2008 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |